UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80185-CR-Ryskamp/Hopkins

18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(b)(1)

UNITED STATES OF AMERICA

vs.

JOHN WALSH,
a/k/a "THISISJOSH79,"

Defendant.
_____/



## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about March 1, 2005, the defendant,

**JOHN WALSH,
a/k/a "THISISJOSH79,"**

from a place outside the Southern District of Florida into Palm Beach County, in the Southern District of Florida, did knowingly and intentionally mail, transport, and ship in interstate and foreign commerce by any means including by computer, child pornography, as defined in Title 18, United States Code, Section 2256(8), in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

3

## COUNT 2

On or about March 15, 2005, the defendant,

**JOHN WALSH,
a/k/a "THISISJOSH79,"**

from a place outside the Southern District of Florida into Palm Beach County, in the Southern District of Florida, did knowingly and intentionally mail, transport, and ship in interstate and foreign commerce by any means including by computer, child pornography, as defined in Title 18, United States Code, Section 2256(8), in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

## COUNT 3

On or about April 22, 2005, the defendant,

**JOHN WALSH,
a/k/a "THISISJOSH79,"**

from a place outside the Southern District of Florida into Palm Beach County, in the Southern District of Florida, did knowingly and intentionally mail, transport, and ship in interstate and foreign commerce by any means including by computer, child pornography, as defined in Title 18, United States Code, Section 2256(8), in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

## COUNT 4

On or about April 28, 2005, the defendant,

**JOHN WALSH,
a/k/a "THISISJOSH79,"**

from a place outside the Southern District of Florida into Palm Beach County, in the Southern

District of Florida, did knowingly and intentionally mail, transport, and ship in interstate and foreign commerce by any means including by computer, child pornography, as defined in Title 18, United States Code, Section 2256(8), in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY

3

FGJ 05-01 (WPB)

FGJ 01-113

No. 05-80185-CR-Ryskamp (Hopkins)

# UNITED STATES DISTRICT COURT

Southern **District of** Florida

Northern **Division**

## THE UNITED STATES OF AMERICA

vs.

**JOHN WALSH**

a/k/a "THISISJOSH79"

### INDICTMENT

18 USC 2252A(a)(1)
18 USC 2252A(b)(1)

A true bill.

_____
Foreman

Filed in open court this _____ day

of October, A.D. 2005

C. Maddox Edwards
Clerk

Bail. $ _____

GPO 863 928

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOHN WALSH,
a/k/a "THISISJOSH79,"
          Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami  ___ Key West
___ FTL   _X_ WPB   ___ FTP

New Defendant(s)       Yes ___  No ___
Number of New Defendants
Total number of counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   _No_
   List language and/or dialect

4. This case will take  _4_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I     0 to 5 days       _X_         Petty        ___
   II    6 to 10 days      ___         Minor        ___
   III   11 to 20 days     ___         Misdem.      ___
   IV    21 to 60 days     ___         Felony       _X_
   V     61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _Yes_
   If yes:
   Magistrate Case No.              _05-5270-JMH_
   Related Miscellaneous numbers:   _N/A_
   Defendant(s) in federal custody as of   _October 6, 2005_
   Defendant(s) in state custody as of     _N/A_
   Rule 20 from the  _N/A_   District of  _N/A_

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes  _X_ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No
   If yes, was it pending in the Central Region?   ___ Yes  ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?  ___ Yes  _X_ No

                                            _____
                                            A. MARIE VILLAFAÑA
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Admin. No. A5500592

*Penalty Sheet(s) attached                                                               REV 1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOHN WALSH, a/k/a "THISISJOSH79"

Case No: _____

Count #: 1 - 4

Knowingly and intentionally mail, transport and ship in interstate and foreign commerce child pornography

18 U.S.C. §§ 2252A(a)(1) & (b)(1)

* **Max.Penalty:**     5-20 Years Imprisonment; $250,000 Fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.