CR 12 (Rev. 9/82)　　　　　　　　　WARRANT FOR ARREST　　AUSA Villafaña/David Malone, ICE

# United States District Court

| DISTRICT | Southern District of Florida |
|---|---|

| DOCKET NO. | MAGISTRATE CASE NO. |
|---|---|
| 05-80185-Cr-Ryskamp | 05-5095-JMH |

UNITED STATES OF AMERICA
v.

JOHN WALSH,

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**

John Walsh

**WARRANT ISSUED ON THE BASIS OF:**

☒ Indictment   ☐ Information   ☐ Order of Court   ☐ Complaint

**TO:** United States Marshals Service or any other authorized representative

**DISTRICT OF ARREST**

**CITY**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Distribution of child pornography.

*[Stamp: CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. PIERCE   2005 NOV -4 PM 2:56]*

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
|  | 18 | 2252(a) |

**BAIL FIXED BY COURT:** none　　**OTHER CONDITIONS OF RELEASE**

**ORDERED BY**
ANN E. VITUNAC, CHIEF
UNITED STATES MAGISTRATE JUDGE

**SIGNATURE (JUDGE[1]/U.S. MAGISTRATE)**

**DATE:** Nov 4, 2005

**CLERK OF COURT**
CLARENCE MADDOX

**(BY) DEPUTY CLERK**

**DATE ISSUED:** 11-4-05

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

**DATE RECEIVED**

**DATE EXECUTED**

**NAME AND TITLE OF ARRESTING OFFICER**

**SIGNATURE OF ARRESTING OFFICER**

[1] United States Judge or Judge of a State Court of Record