# COURT MINUTES

10:05 - 10:33

CHIEF U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 11/04/2005   TIME: 10:00 AM

DEFT. JOHN WALSH a/k/a THISISJOSH79 (J)   CASE NO. 05-80185-Cr-Ryskamp/Hopkins

PRISONER# _____   LANGUAGE ENGLISH

AUSA. Stephen Carlton / A. MARIE VILLAFANA   ATTY. FPD

AGENT. GREGORY STINE-ICE   VIOL. 18:2252A(a)

PROCEEDING INITIAL HEARING   (Rule 40 in from N/D of Georgia)
BOND. PTD (REQUESTED BY GOVT)

SPOSITION Initial held

Deft present - sworn / Hst

Indictment read to deft & advised of his rights

Court questions deft, finds him indigent & appoints FPD

PTD & Arraignment set for 11-9-05 @ 10AM before Judge Hopkins

DATE: 11-4-05   TAPE: AEV 05-68-463